El Pueblo de Puerto Rico, demandante y apelado, *v.* Ruperto Villafañe, acusado y apelante

No. 3418.—*Visto:* Enero 19, 1928. *Resuelto:* Enero 26, 1928.

DERECHO PENAL—FECHA DEL JUICIO Y SUSPENSIÓN—SOBRESEIMIENTO DE LA CAUSA O DEL PROCESO—TARDANZA EN CELEBRAR EL JUICIO O EN PRESENTAR LA ACUSACIÓN—JUICIO NO CELEBRADO DENTRO DEL TÉRMINO—JUSTA CAUSA PARA ELLO—TRABAJO DE LA CORTE.—A menos que se demuestre que una corte, por la preferencia que debe dar a otros casos, no ha podido celebrar un juicio dentro de los 120 días estatutorios, el mero hecho de que la corte esté ocupada con trabajo excesivo, no es una justa causa para la dilación.

SENTENCIA de *Angel Acosta Quintero,* J. (San Juan), condenando al acusado por delito de portar armas prohibidas. *Revocada,* y sobreseído el proceso.

*Angel A. Vázquez,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

El apelante fué acusado ante la Corte de Distrito de San Juan con fecha 3 de septiembre de 1926 por portar ilegalmente un arma prohibida. La vista del caso fué celebrada el 11 de febrero de 1927. En dicho día el acusado presentó una moción solicitando el archivo y sobreseimiento del caso por no haberse celebrado dentro de los 120 días a contar

desde la presentación de la acusación.   En respuesta a esta moción la corte dijo que tomaría conocimiento judicial del excesivo trabajo que la corte había tenido.   El juicio no fué celebrado dentro de los 120 días y hemos resuelto consistentemente de conformidad con el artículo 448 del Código de Enjuiciamiento Criminal que el dejar de someter a juicio al acusado dentro de ese término sin justa causa le da derecho a ser absuelto.   A menos que se demuestre que debe darse preferencia a otros casos, el hecho de que la corte esté ocupada no es excusa legal.   De ser necesario, pueden suspenderse otros casos.   *Dyer* v. *Rossy,* 23 D.P.R. 772; *El Pueblo* v. *Quirindongo,* 33 D.P.R. 448; *El Pueblo* v. *Cepeda,* 31 D.P.R. 489; *El Pueblo* v. *Acevedo,* 29 D.P. R. 314.

*La sentencia apelada debe ser revocada* y sobreseerse en el proceso.